BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
THOMAS M. GARBERSON, (SBN 269158)
JONATHAN C. TURNER, Of Counsel (SBN 191540)
660 J Street, Suite 390
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant,
VLADIMIR KHRIPUNOV

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>VLADIMIR KHRIPUNOV,<br><br>            Defendant. | Case No.: 2:11-MJ-00363 GGH<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXTENDING THE TIME FOR<br>PRELIMINARY HEARING |

   The United States of America, through its counsel Assistant United States Attorney Dominique Thomas, and defendant Vladimir Khripunov, through his counsel Clyde M. Blackmon, hereby stipulate pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure that the time for holding the preliminary hearing in this matter should be extended from 2:00 p.m. on December 19, 2011, to 2:00 p.m. on January 9, 2012.

   On November 28, 2011, Mr. Khripunov was arraigned on criminal complaint number 2:11-MJ-00363 GGH charging him with structuring financial transactions with a domestic financial institution in violation of section 5324(a)(3) of Title 31 of

1 the United States Code.  The parties are involved in discussions
2 which could result in a resolution of the case and need more
3 time in which to continue those discussions.  Therefore, the
4 parties have agreed that the time for holding the preliminary
5 hearing of the charges against Mr. Khripunov now set for
6 December 19, 2011, at 2:00 p.m. should be extended to January 9,
7 2012, at 2:00 p.m.  The parties stipulation and request to
8 extend the time for the preliminary examination is made pursuant
9 to Rule 5.1(d) of the Federal Rules of Criminal Procedure, and
10 the parties agree that the public interest in the prompt
11 disposition of criminal cases is outweighed by the need for
12 further discussions between them which may lead to an early
13 resolution of the matter.

DATED:   December 14, 2011            By: _//s// Dominique Thomas
                                          Dominique Thomas
                                          Assistant U.S. Attorney


DATED:   December 14, 2011            By: _//s// Clyde M. Blackmon
                                          Clyde M. Blackmon
                                          Attorney for Defendant
                                          Vladimir Khripunov

1
**ORDER**

2
3
4
5
6
7
8
9
10

For the reasons stated by the parties, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure the Court hereby extends the time for holding the preliminary hearing in this matter from December 19, 2011, to 2:00 p.m. on January 9, 2012, and finds that the public interest in the prompt disposition of criminal cases is outweighed by the parties need to continue discussions which may lead to an early resolution of the charges against the defendant, i.e., defense counsel needs more time to prepare.

11

12
**IT IS SO ORDERED.**

13

14
DATED: December 15, 2011     /s/ Gregory G. Hollows
15
_____
                                        Gregory G. Hollows
16
                                        United States Magistrate Judge

17
18
19
20
21
22
23
24
25
26
27
28