1  CLYDE M. BLACKMON (SBN 36280)
   ROTHSCHILD WISHEK & SANDS LLP
2  901 F STREET, SUITE 200
   Sacramento, CA  95814
3  Telephone: (916) 444-9845

4  Attorneys for Defendant,
   VLADIMIR KHRIPUNOV
5

6           IN THE UNITED STATES DISTRICT COURT FOR THE

7                  EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,          Case No.: 2:11-CR-00546 MCE

10         Plaintiff,
                                      STIPULATION AND ORDER
11     vs.                            CONTINUING STATUS CONFERENCE
                                      REGARDING IMPOSITION  OF
12 VLADIMIR KHRIPUNOV,                JUDGMENT & SENTENCING

13         Defendant.

14

15     The United States of America, through its counsel Assistant
16 U. S. Attorney Lee Bickley, and Vladimir Khripunov, through his
17 counsel Clyde M. Blackmon, stipulate that the status conference
18 regarding the imposition of judgment and sentence upon Mr.
19 Khripunov now scheduled for 9:00 a.m. on October 11, 2012, may
20 be continued to December 13, 2012, at 9:00 a.m.
21     A continuance of the status conference is necessary
22 because, while Mr. Khripunov's case has been resolved by way of
23 a guilty plea and a cooperation agreement, the charges pending
24 against others in the matter are still pending and information
25 pertaining to the resolution of the charges against those
26 individuals may be helpful to the Court in fashioning a sentence
27
28

1 | for Mr. Khripunov.  Therefore, the parties request that the
2 | status conference regarding the imposition of judgment and
3 | sentence pertaining to Mr. Khripunov be continued to December
4 | 13, 2012.
5 | DATED:   October 10, 2012              By: _//s// Lee Bickley
6 |                                             Lee Bickley
  |                                             Assistant U.S. Attorney
7 |
8 | DATED:   October 10, 2012              By: _//s// Clyde M. Blackmon
9 |                                             Clyde M. Blackmon
  |                                             Attorney for Defendant
10|                                             Vladimir Khripunov
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -
STIPULATION AND ORDER
CONTINUING IMPOSITION OF JUDGMENT & SENTENCE

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties, it is ordered that the status conference regarding the imposition of judgment and sentence upon Vladimir Khripunov now scheduled for October 11, 2012, is continued to 9:00 a.m. on December 13, 2012.

**IT IS SO ORDERED.**

**Dated:  October 12, 2012**

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE