1  CLYDE M. BLACKMON (SBN 36280)
   ROTHSCHILD WISHEK & SANDS LLP
2  901 F STREET, SUITE 200
   Sacramento, CA  95814
3  Telephone: (916) 444-9845

4  Attorneys for Defendant,
   VLADIMIR KHRIPUNOV

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:11-CR-00546 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE REGARDING IMPOSITION OF JUDGMENT & SENTENCING |
| vs. | |
| VLADIMIR KHRIPUNOV, | |
| Defendant. | |

The United States of America, through its counsel Assistant U. S. Attorney Lee Bickley, and Vladimir Khripunov, through his counsel Clyde M. Blackmon, stipulate that the status conference regarding the imposition of judgment and sentence upon Mr. Khripunov now scheduled for 9:00 a.m. on December 7, 2012, may be continued to February 21, 2013, at 9:00 a.m.

A continuance of the status conference is necessary because, while Mr. Khripunov's case has been resolved by way of a guilty plea and a cooperation agreement, the charges pending against others in the matter are still pending and information pertaining to the resolution of the charges against those individuals may be helpful to the Court in fashioning a sentence

1  for Mr. Khripunov.  Therefore, the parties request that the
2  status conference regarding the imposition of judgment and
3  sentence pertaining to Mr. Khripunov be continued to February
4  21, 2013.

5  DATED:   November 30, 2012           By: _//s// Lee Bickley
6                                            Lee Bickley
                                             Assistant U.S. Attorney
7

8  DATED:   November 30, 2012           By: _//s// Clyde M. Blackmon
                                             Clyde M. Blackmon
9                                            Attorney for Defendant
                                             Vladimir Khripunov
10

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties, it is ordered that the status conference regarding the imposition of judgment and sentence upon Vladimir Khripunov now scheduled for December 7, 2012, is continued to 9:00 a.m. on February 21, 2013.

**IT IS SO ORDERED.**

Dated:   December 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE