1  CLYDE M. BLACKMON (SBN 36280)
   ROTHSCHILD WISHEK & SANDS LLP
2  901 F STREET, SUITE 200
   Sacramento, CA  95814
3  Telephone: (916) 444-9845

4  Attorneys for Defendant,
   VLADIMIR KHRIPUNOV
5

6          IN THE UNITED STATES DISTRICT COURT FOR THE
7                 EASTERN DISTRICT OF CALIFORNIA
8

| UNITED STATES OF AMERICA, | Case No.: 2:11-CR-0546 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE REGARDING IMPOSITION OF JUDGMENT & SENTENCING |
| vs. | |
| VLADIMIR KHRIPUNOV, | |
| Defendant. | |

   The United States of America, through its counsel Assistant U. S. Attorney Lee Bickley, and Vladimir Khripunov, through his counsel Clyde M. Blackmon, stipulate that the status conference regarding the imposition of judgment and sentence upon Mr. Khripunov now scheduled for 9:00 a.m. on June 27, 2013, may be continued to August 29, 2013, at 9:00 a.m.

   A continuance of the status conference is necessary because, while Mr. Khripunov's case has been resolved by way of a guilty plea and a cooperation agreement, the charges pending against others in the matter are still pending and information pertaining to the resolution of the charges against those individuals may be helpful to the Court in fashioning a sentence

- 1 -
STIPULATION AND ORDER
CONTINUING IMPOSITION OF JUDGMENT & SENTENCE

for Mr. Khripunov.  Therefore, the parties request that the status conference regarding the imposition of judgment and sentence pertaining to Mr. Khripunov be continued to August 29, 2013.

DATED:   June 17, 2013            By:  //s// Lee Bickley
                                        Lee Bickley
                                        Assistant U.S. Attorney


DATED:   June 17, 2013            By:  //s// Clyde M. Blackmon
                                        Clyde M. Blackmon
                                        Attorney for Defendant
                                        Vladimir Khripunov


**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties, it is ordered that the status conference regarding the imposition of judgment and sentence upon Vladimir Khripunov now scheduled for June 27, 2013, is continued to 9:00 a.m. on August 29, 2013.

**IT IS SO ORDERED.**

DATED:  June 19, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

- 2 -