1  CLYDE M. BLACKMON (SBN 36280)
   ROTHSCHILD WISHEK & SANDS LLP
2  901 F STREET, SUITE 200
   Sacramento, CA  95814
3  Telephone: (916) 444-9845

4  Attorneys for Defendant,
   VLADIMIR KHRIPUNOV

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:11-CR-0546 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE REGARDING IMPOSITION OF JUDGMENT & SENTENCING |
| vs. | |
| VLADIMIR KHRIPUNOV, | |
| Defendant. | |

The United States of America, through its counsel Assistant U. S. Attorney Lee Bickley, and Vladimir Khripunov, through his counsel Clyde M. Blackmon, stipulate that the status conference regarding the imposition of judgment and sentence upon Mr. Khripunov now scheduled for 9:00 a.m. on August 29, 2013, may be continued to October 31, 2013, at 9:00 a.m.

A continuance of the status conference is necessary because, while Mr. Khripunov's case has been resolved by way of a guilty plea and a cooperation agreement, the charges pending against others in the matter are still pending and information pertaining to the resolution of the charges against those individuals may be helpful to the Court in fashioning a sentence

- 1 -
STIPULATION AND ORDER
CONTINUING IMPOSITION OF JUDGMENT & SENTENCE

for Mr. Khripunov.  Therefore, the parties request that the status conference regarding the imposition of judgment and sentence pertaining to Mr. Khripunov be continued to October 31, 2013.

DATED:  August 26, 2013					By:  _//s// Lee Bickley_
                                                     Lee Bickley
                                                     Assistant U.S. Attorney


DATED:  August 26, 2013					By:  _//s// Clyde M. Blackmon_
                                                     Clyde M. Blackmon
                                                     Attorney for Defendant
                                                     Vladimir Khripunov


**ORDER**

   GOOD CAUSE APPEARING upon the stipulation of the parties, it is ordered that the status conference regarding the imposition of judgment and sentence upon Vladimir Khripunov now scheduled for August 29, 2013, is **continued to October 31, 2013, at 9 a.m. in Courtroom 7.**

   **IT IS SO ORDERED.**

**Dated:  August 27, 2013**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT