```
CLYDE M. BLACKMON (SBN 36280)
ROTHSCHILD WISHEK & SANDS LLP
765 UNIVERSITY AVENUE
Sacramento, CA  95825
Telephone: (916) 444-9845

Attorneys for Defendant,
VLADIMIR KHRIPUNOV
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>VLADIMIR KHRIPUNOV,<br><br>    Defendant. | Case No.: 2:11-CR-0546 MCE<br><br>AMENDED STIPULATION AND ORDER CONTINUING STATUS CONFERENCE REGARDING IMPOSITION OF JUDGMENT & SENTENCING |

    The United States of America, through its counsel Assistant U. S. Attorney Lee Bickley, and Vladimir Khripunov, through his counsel Clyde M. Blackmon, stipulate that the status conference regarding the imposition of judgment and sentence upon Mr. Khripunov now scheduled for 9:00 a.m. on November 7, 2013, may be continued to December 19, 2013, at 9:00 a.m.

    A continuance of the status conference is necessary because, while Mr. Khripunov's case has been resolved by way of a guilty plea and a cooperation agreement, the charges pending against others in the matter are still pending and information pertaining to the resolution of the charges against those individuals may be helpful to the Court in fashioning a sentence

STIPULATION AND ORDER
CONTINUING IMPOSITION OF JUDGMENT & SENTENCE

for Mr. Khripunov.  Therefore, the parties request that the status conference regarding the imposition of judgment and sentence pertaining to Mr. Khripunov be continued to December 19, 2013.

DATED:  October 30, 2013          By: _//s// Clyde M. Blackmon_
                                      Lee Bickley
                                      Assistant U.S. Attorney


DATED:  October 30, 2013          By: _//s// Clyde M. Blackmon_
                                      Clyde M. Blackmon
                                      Attorney for Defendant
                                      Vladimir Khripunov

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties, it is ordered that the status conference regarding the imposition of judgment and sentence upon Vladimir Khripunov now scheduled for November 7, 2013, is continued to 9:00 a.m. on December 19, 2013.

**IT IS SO ORDERED.**

**Dated:  November 6, 2013**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT