1  CLYDE M. BLACKMON (SBN 36280)
   ROTHSCHILD WISHEK & SANDS LLP
2  765 UNIVERSITY AVENUE
   Sacramento, CA  95825
3  Telephone: (916) 444-9845

4  Attorneys for Defendant,
   VLADIMIR KHRIPUNOV

5

6            IN THE UNITED STATES DISTRICT COURT FOR THE

7                  EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,          Case No.: 2:11-CR-0546 MCE

10          Plaintiff,
                                       STIPULATION AND ORDER
11      vs.                            CONTINUING STATUS CONFERENCE
                                       REGARDING IMPOSITION  OF
12  VLADIMIR KHRIPUNOV,                JUDGMENT & SENTENCING

13          Defendant.

14

15      The United States of America, through its counsel Assistant

16  U. S. Attorney Lee Bickley, and Vladimir Khripunov, through his

17  counsel Clyde M. Blackmon, stipulate that the status conference

18  regarding the imposition of judgment and sentence upon Mr.

19  Khripunov now scheduled for 9:00 a.m. on December 19, 2013, may

20  be continued to February 20, 2014, at 9:00 a.m.

21      A continuance of the status conference is necessary

22  because, while Mr. Khripunov's case has been resolved by way of

23  a guilty plea and a cooperation agreement, the charges pending

24  against others in the matter are still pending and information

25  pertaining to the resolution of the charges against those

26  individuals may be helpful to the Court in fashioning a sentence

27

28

STIPULATION AND ORDER
CONTINUING IMPOSITION OF JUDGMENT & SENTENCE

1  for Mr. Khripunov.  Therefore, the parties request that the

2  status conference regarding the imposition of judgment and

3  sentence pertaining to Mr. Khripunov be continued to February

4  20, 2014.

5  DATED:  December 4, 2013                By: _//s// Clyde M. Blackmon

6                                              Lee Bickley
                                              Assistant U.S. Attorney

7

8  DATED:  December 4, 2013                By: _//s// Clyde M. Blackmon

9                                              Clyde M. Blackmon
                                              Attorney for Defendant

10                                             Vladimir Khripunov

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER
CONTINUING IMPOSITION OF JUDGMENT & SENTENCE

1

## ORDER

2      GOOD CAUSE APPEARING upon the stipulation of the parties,

3 it is ordered that the status conference regarding the

4 imposition of judgment and sentence upon Vladimir Khripunov now

5 scheduled for December 19, 2013, is continued to 9:00 a.m. on

6 February 20, 2014.

7      **IT IS SO ORDERED.**

8 Dated:   December 12, 2013

9

10 _____

   MORRISON C. ENGLAND, JR., CHIEF JUDGE
11   UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER
CONTINUING IMPOSITION OF JUDGMENT & SENTENCE