```
1  CLYDE M. BLACKMON (SBN 36280)
   ROTHSCHILD WISHEK & SANDS LLP
2  765 UNIVERSITY AVENUE
   Sacramento, CA  95825
3  Telephone: (916) 444-9845
   cblackmon@rwslaw.com
4
   Attorneys for Defendant,
5  VLADIMIR KHRIPUNOV
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:11-CR-0546 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE REGARDING IMPOSITION OF JUDGMENT & SENTENCING |
| v. | |
| VLADIMIR KHRIPUNOV, | |
| Defendant. | |

The United States of America, through its counsel Assistant U. S. Attorney Lee Bickley, and Vladimir Khripunov, through his counsel Clyde M. Blackmon, stipulate that the status conference regarding the imposition of judgment and sentence upon Mr. Khripunov now scheduled for 9:00 a.m. on February 27, 2014, may be continued to May 29, 2014, at 9:00 a.m.

A continuance of the status conference is necessary because, while Mr. Khripunov's case has been resolved by way of a guilty plea and a cooperation agreement, the charges pending against others in the matter are still pending and information pertaining to the resolution of the charges against those individuals may be helpful to the Court in fashioning a sentence for Mr. Khripunov.  Therefore, the parties request that the

status conference regarding the imposition of judgment and sentence pertaining to Mr. Khripunov be continued to May 29, 2014.

DATED:  February 13, 2014          By:  //s// Clyde M. Blackmon
                                        Lee Bickley
                                        Assistant U.S. Attorney


DATED:  February 13, 2014          By:  //s// Clyde M. Blackmon
                                        Clyde M. Blackmon
                                        Attorney for Defendant
                                        Vladimir Khripunov

**ORDER**

IT IS SO ORDERED.

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties, it is ordered that the status conference regarding the imposition of judgment and sentence upon Vladimir Khripunov now scheduled for February 27, 2014, is continued to 9:00 a.m. on May 29, 2014.

**IT IS SO ORDERED.**

**Dated:   February 18, 2014**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED:_____    _____
                         Morrison C. England
                         United States District Court Judge