1  CLYDE M. BLACKMON (SBN 36280)
   ROTHSCHILD WISHEK & SANDS LLP
2  765 UNIVERSITY AVENUE
   Sacramento, CA  95825
3  Telephone: (916) 444-9845
   cblackmon@rwslaw.com
4
   Attorneys for Defendant,
5  VLADIMIR KHRIPUNOV

6

7           IN THE UNITED STATES DISTRICT COURT FOR THE

8                   EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,      | Case No.: 2:11-cr-0546 MCE
11 |         Plaintiff,             |
                                     STIPULATION AND ORDER
12 |    vs.                         | CONTINUING IMPOSITION  OF
                                     JUDGMENT & SENTENCE
13 | VLADIMIR KHRIPUNOV,            |
14 |         Defendant.             |

15

16       The United States of America, through its counsel Assistant
17 U. S. Attorney Lee Bickley, and Vladimir Khripunov, through his
18 counsel Clyde M. Blackmon, stipulate that the imposition of
19 judgment and sentence upon Mr. Khripunov now scheduled for 9:00
20 a.m. on June 12, 2014, may be continued to October 2, 2014, at
21 9:00 a.m.
22       A continuance of the sentencing proceedings is necessary
23 because, while Mr. Khripunov's case has been resolved by way of
24 a guilty plea and a cooperation agreement, the charges pending
25 against others in the matter are still pending and information
26 pertaining to the resolution of the charges against those
27 individuals may be helpful to the Court in fashioning a sentence
28 for Mr. Khripunov.  Therefore, the parties request that the

1  imposition of judgment and sentence upon Mr. Khripunov be
2  continued to October 2, 2014.
3  DATED:  May 29, 2014              By: //s// Clyde M. Blackmon
4                                         Lee Bickley
                                           Assistant U.S. Attorney
5
6  DATED:  May 29, 2014              By: //s// Clyde M. Blackmon
7                                         Clyde M. Blackmon
                                           Attorney for Defendant
8                                          Vladimir Khripunov

## ORDER

GOOD CAUSE APPEARING upon the stipulation of the parties, it is ordered that the imposition of judgment and sentence upon Vladimir Khripunov now scheduled for June 12, 2014, is continued to 9:00 a.m. on October 2, 2014.

**IT IS SO ORDERED.**

**Dated:  June 3, 2014**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

- 2 -

STIPULATION AND ORDER CONTINUING IMPOSITION OF JUDGMENT & SENTENCE