1  CLYDE M. BLACKMON (SBN 36280)
   ROTHSCHILD WISHEK & SANDS LLP
2  765 UNIVERSITY AVENUE
   Sacramento, CA  95825
3  Telephone: (916) 444-9845
   cblackmon@rwslaw.com
4  
   Attorneys for Defendant,
5  VLADIMIR KHRIPUNOV

6  

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                     EASTERN DISTRICT OF CALIFORNIA

9  
   UNITED STATES OF AMERICA,            Case No.: 2:11-CR-0546 MCE
10 
11         Plaintiff,                    STIPULATION AND ORDER
                                         TERMINATING CONDITIONS OF
12      vs.                              PRETRIAL RELEASE AND PRETRIAL
   VLADIMIR KHRIPUNOV,                   SERVICES SUPERVISION
13 
14         Defendant.

15 

16      The United States of America, through its counsel Heiko
17 Coppola, and defendant Vladamir Khripunov, through his counsel
18 Clyde M. Blackmon, upon the recommendation of Pretrial Services
19 due to Mr. Khripunov's record of compliance with the conditions
20 of his pretrial release, stipulate that all conditions of Mr.
21 Khripunov's pretrial release and his supervision by Pretrial
22 Services shall be terminated.  It is understood by the parties
23 that the unsecured appearance bond previously posted by Vladimir
24 Khripunov shall remain in effect and the United States passport
25 hereto surrendered by Mr. Khripunov shall remain in the custody
26 of the Court.
27 /////
28 

- 1 -

STIPULATION AND [PROPOSED] ORDER TERMINATING CONDITIONS OF PRETRIAL RELEASE
AND PRETRIAL SERVICES SUPERVISION

```
     IT IS SO STIPULATED.
DATED:   June 23, 2014              By: _//s// Clyde M. Blackmon
                                        Heiko Coppola
                                        Assistant U.S. Attorney


DATED:   June 23, 2014              By: _//s// Clyde M. Blackmon
                                        Clyde M. Blackmon
                                        Attorney for Defendant
                                        Vladimir Khripunov
```

1                              **ORDER**

2       GOOD CAUSE APPEARING upon the stipulation of the parties it
3  is ordered that all conditions of Vladamir Khripunov's pretrial
4  release and his supervision by Pretrial Services are hereby
5  terminated.  The unsecured appearance bond previously posted by
6  Vladamir Khripunov shall remain in effect and the United States
7  passport heretofore surrendered by Vladamir Khripunov shall
8  remain in the Court's custody.
9  **IT IS SO ORDERED.**
10 **Dated:  June 23, 2014**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE