CLYDE M. BLACKMON (SBN 36280)
ROTHSCHILD WISHEK & SANDS LLP
765 UNIVERSITY AVENUE
Sacramento, CA  95825
Telephone: (916) 444-9845
cblackmon@rwslaw.com

Attorneys for Defendant,
VLADIMIR KHRIPUNOV

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-CR-0546 MCE |
| Plaintiff, | STIPULATION AND ORDER CONTINUING IMPOSITION OF SENTENCE |
| vs. | |
| VLADIMIR KHRIPUNOV, | |
| Defendant. | |

The United States of America, through its counsel Assistant U. S. Attorney Heiko Coppola, and Vladimir Khripunov, through his counsel Clyde M. Blackmon, stipulate that the imposition of sentence upon Mr. Khripunov now scheduled for 9:00 a.m. on October 2, 2014, may be continued to November 6, 2014, at 9:00 a.m.

A continuance of the sentencing proceedings is necessary because counsel for the government has been involved in the trial of another matter and, therefore, has not had time to determine how much of a sentence reduction to recommend for Mr. Khripunov for his cooperation with the government in its prosecution of others involved in the case.  Therefore, the

- 1 -

STIPULATION AND [PROPOSED] ORDER CONTINUING IMPOSITION OF SENTENCE

1 parties request that Mr. Khripunov's sentencing be continued to
2 November 6, 2014.

3 DATED:   September 26, 2014         By: __//s// Clyde M. Blackmon__
                                          Heiko Coppola
4                                         Assistant U.S. Attorney

5
  DATED:   September 26, 2014         By: __//s// Clyde M. Blackmon__
6                                         Clyde M. Blackmon
                                          Attorney for Defendant
7                                         Vladimir Khripunov

8

9

10

11                                   **ORDER**

12     Good cause appearing upon the stipulation of the parties,
13 it is ORDERED that the sentencing hearing for Vladimir Khripunov
14 now scheduled for October 2, 2014, is CONTINUED to 9:00 a.m. on
15 November 6, 2014.
16     IT IS SO ORDERED.
17 Dated:   October 2, 2014

18
19  _____
20  MORRISON C. ENGLAND, JR., CHIEF JUDGE
    UNITED STATES DISTRICT COURT
21

22

23

24

25

26

27

28

- 2 -

STIPULATION AND [PROPOSED] ORDER CONTINUING IMPOSITION OF SENTENCE