CLYDE M. BLACKMON (SBN 36280)
ROTHSCHILD WISHEK & SANDS LLP
765 UNIVERSITY AVENUE
Sacramento, CA  95825
Telephone: (916) 444-9845
cblackmon@rwslaw.com

Attorneys for Defendant,
VLADIMIR KHRIPUNOV

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-CR-0546 MCE |
| Plaintiff, | STIPULATION AND ORDER CONTINUING IMPOSITION OF SENTENCE |
| vs. | |
| VLADIMIR KHRIPUNOV, | |
| Defendant. | |

The United States of America, through its counsel Assistant U. S. Attorney Heiko Coppola, and Vladimir Khripunov, through his counsel Clyde M. Blackmon, stipulate that the imposition of sentence upon Mr. Khripunov now scheduled for 9:00 a.m. on November 6, 2014, may be continued to December 4, 2014, at 9:00 a.m.

A continuance of the sentencing proceedings is necessary because counsel for Mr. Khripunov has been involved in other matters and requires more time to prepare and file a sentencing memorandum on Mr. Khripunov's behalf.  Therefore, the parties request that Mr. Khripunov's sentencing be continued to December 4, 2014.

/////

- 1 -

STIPULATION AND ORDER CONTINUING IMPOSITION OF SENTENCE

```
DATED:   October 31, 2014        By:  //s// Clyde M. Blackmon
                                      Heiko Coppola
                                      Assistant U.S. Attorney


DATED:   October 31, 2014        By:  //s// Clyde M. Blackmon
                                      Clyde M. Blackmon
                                      Attorney for Defendant
                                      Vladimir Khripunov
```

1  **ORDER**

2  GOOD CAUSE APPEARING upon the stipulation of the parties,
3  it is ordered that the imposition of sentence upon Vladimir
4  Khripunov now scheduled for November 6, 2014, is continued to
5  9:00 a.m. on December 4, 2014.
6  **IT IS SO ORDERED.**

Dated:   November 6, 2014

```
_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
```